No. 01M74. OREGON STEEL MILLS, INC. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 48, ET AL. Motion to direct the Clerk to file petition for writ of certiorari, *nunc pro tunc,* to September 14, 2001, denied.

No. 02M3. FRANCIS *v.* FLORIDA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 02M9. IN RE WOODRUFF. Motion to direct the Clerk to file petition for writ of habeas corpus not in compliance with the Rules of this Court denied.

No. 02M13. PIGNATIELLO *v.* UNITED STATES. Motion of petitioner for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with a redacted petition for writ of certiorari within 30 days.

No. 02M16. SEALED APPELLANT 1 *v.* SEALED APPELLANTS 1–48. Motion for leave to file petition for writ of certiorari under seal denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $5,820.53 for the period January 1 through June 30, 2002, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 534 U. S. 971.]

No. 126, Orig. KANSAS *v.* NEBRASKA ET AL. Motion of the Special Master for fees and disbursements granted, and the Special Master is awarded a total of $39,666.96 for the period November 1, 2001, through June 30, 2002, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 534 U. S. 1038.]

No. 132, Orig. ALABAMA ET AL. *v.* NORTH CAROLINA. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–117. MINNESOTA *v.* MARTIN, GUARDIAN AD LITEM FOR HOFF. Sup. Ct. Minn. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 98–942. FIORE *v.* WHITE, WARDEN, ET AL., 531 U. S. 225. Motion of respondents for modification of assessment of costs granted.